UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERCE ROBERTSON, RACHEL GOLD, SANFORD GOLD, RAHIL SAYED, CHRISTOPHER EHRENTRAUT, TODD MANGANIELLO, DAN NEWSOM, WILLIAM AYER, ANTHONY DORN, DAMECO GATES, MARSHALL PETERS, and EDWIN GARRISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS,<br>            Defendants. | Case No. 23-mc-24<br><br>(Case No. 22-cv-22538-RKA)<br><br>(U.S. District Court for the Southern District of Florida)<br><br><br>January 26, 2023 |

**SULLIVAN & CROMWELL LLP'S NOTICE OF MOTION**

Movant Sullivan & Cromwell LLP respectfully moves pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c)(1) to quash the subpoena served on Sullivan & Cromwell on December 29, 2022 by the plaintiffs in *Robertson* v. *Cuban*, No. 22-cv-22538 (S.D. Fla. filed Aug. 10, 2022).

Dated: January 26, 2023

Respectfully submitted,
 /s/ Stephen Ehrenberg

Stephen Ehrenberg
Beth D. Newton
Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel:  (212) 558-4000
*ehrenbergs@sullcrom.com*
*newtonb@sullcrom.com*

*devlinm@sullcrom.com*

*Counsel for Movant Sullivan & Cromwell LLP*