## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERCE ROBERTSON, RACHEL GOLD, SANFORD GOLD, RAHIL SAYED, CHRISTOPHER EHRENTRAUT, TODD MANGANIELLO, DAN NEWSOM, WILLIAM AYER, ANTHONY DORN, DAMECO GATES, MARSHALL PETERS, and EDWIN GARRISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARK CUBAN and DALLAS BASKETBALL LIMITED d/b/a DALLAS MAVERICKS<br>Defendants. | Case No. 23-mc-24<br><br>(Case No. 22-cv-22538-RKA)<br><br>(U.S. District Court for the Southern District of Florida)<br><br>January 27, 2023 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Movant Sullivan & Cromwell LLP.  I certify that I am admitted to practice in this court.

Dated:  January 27, 2023

By: */s/ Beth D. Newton*
Beth D. Newton
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Attorney for Movant Sullivan & Cromwell LLP*